CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
FEB 16 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **LAMONT DAVIS,** | ) |
| Petitioner, | ) Case No. 7:06CV00100 |
| v. | ) **FINAL ORDER** |
| **UNITED STATES OF AMERICA,** | ) By: Norman K. Moon |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying Opinion, it is hereby **ADJUDGED** and **ORDERED** that the motion for counsel to appear *pro hac vice* in this action is hereby **GRANTED,** but that the petitioner's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C.A. § 2255 is hereby **DISMISSED**, and this case is stricken from the active docket of this court.

ENTER: February 13, 2006

_____
United States District Judge